United States District Court
Eastern District of New York

Nir Weiss,

                                Plaintiff,

           -against-

The Sukkah Company LLC and Micha Kaplan,

                                Defendants.

AFFIDAVIT OF SERVICE

Civil Action No. 1:20-CV-04678-FB-RLM

Date Filed 10/1/2020

State of New York )
                    ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 16, 2020 at approximately 3:00 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Complaint, Proposed Summons for Defendant The Sukkah Company LLC, Cover Sheet, Trademark Notice, Notice re: Magistrate, Attorney Control Check, Issued Summons for Defendant The Sukkah Company LLC, Proposed Summons for Defendant Micha Kaplan, Issued Summons for Defendant Micha Kaplan, that the party served was The Sukkah Company, LLC sued herein as The Sukkah Company LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 60 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                    *Edward J. Bowmaker*
                                                                      Edward J. Bowmaker

Sworn to before me this 16 day of October, 2020

Meagan E. McGraw
Notary Public — State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2023