UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK OF THE STATE OF NEW YORK

**Plaintiff / Petitioner:**
Nir Wess

**Defendant / Respondent:**
The Sukkah Company, LLC and Micha Kaplan

**AFFIDAVIT OF SERVICE**

Index No:
1:20-cv-04678

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 432 Maren St, West Hempstead, NY 11552 . That on Fri, Oct 16 2020 AT 12:46 PM AT 1418 E 28th St, Brooklyn, NY 11210 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT on Micha Kaplan

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 10/16/2020 @ 12:46 PM at 1418 E 28th St, Brooklyn, NY 11210. (see below)

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 1418 E 28th St, Brooklyn, NY 11210, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Fri, Oct 16 2020.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____ Ethnicity: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Eyes: _____ Relationship: _____
Other   RED BRICK HOUSE WITH BROWN WOODEN DOOR. OTHER ATTEMPTS ON 10/15/20 AT 8:36 AM AND 10/14/20 AT 7:40 PM.

Sworn to before me on Oct Jan 28, 2020

_____
Michael Shi
2086808

Notary Public

JANICE COLLINS
Notary Public, State of New York
Registration #01CO6007099
Qualified in Nassau County
Commission Expires May 26, 20__

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK OF THE STATE OF NEW YORK

**Plaintiff / Petitioner:**
Nir Weiss

**Defendant / Respondent:**
The Sukkah Company LLC and Micha Kaplan

**AFFIDAVIT OF SERVICE**

Index No:
20-cv-4678FB-RLM

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 432 Maren St, West Hempstead, NY 11552. That on Fri, Oct 16 2020 AT 12:46 PM AT 1418 E 28th St, Brooklyn, NY 11210 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT on ATTN Micha Kaplan The Sukkah Company LLC

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 10/16/2020 @ 12:46 PM AT 1418 E 28th St, Brooklyn, NY 11210. (see below)

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 1418 E 28th St, Brooklyn, NY 11210, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Fri, Oct 16 2020.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____ Ethnicity: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Eyes: _____ Relationship: _____
Other   RED BRICK HOUSE WITH BROWN WOODEN DOOR. OTHER ATTEMPTS ON 10/15/20 AT 8:36 AM AND 10/14/20 AT 7:40 PM.

Sworn to before me on _____

Michael Shi
2086808

Notary Public

JANICE COLLINS
Notary Public, State of New York
Registration #01CO6007699
Qualified In Nassau County
Commission Expires May 26, 20__