# Exhibit C

https://sukkahcompany.com/collections/royal-sukkahs Go SEP OCT NOV
1 capture 01
1 Oct 2020 2019 2020 2021
About this capture

We are no longer shipping Popup Sukkahs.



Home  Products
Rental  Locations
Contact  FAQ
Log in

# Royal Sukkahs

Filter  30 products  Sort

### 8ft Royal Sukkah with Schach (12'x16')
$1,349.00

https://sukkahcompany.com/collections/royal-sukkahs | Go | SEP 2019 | OCT 01 2020 | NOV 2021

1 capture
1 Oct 2020

About this capture



**8ft Royal Sukkah without Schach (12'x24')**

$1,499.00



https://sukkahcompany.com/collections/royal-sukkahs    Go    SEP  OCT  NOV
1 capture                                              2019  01   2021
1 Oct 2020                                                   2020
About this capture

8ft Royal Sukkah with Schach (8'x16')

### 8ft Royal Sukkah with Schach (8'x16')

$1,199.00



https://sukkahcompany.com/collections/royal-sukkahs   Go   SEP  OCT  NOV
                                                             01
1 capture                                                   2020
1 Oct 2020                                             2019  2020  2021    About this capture

### 8ft Royal Sukkah without Schach (5'x7')

$549.00

8ft Royal Sukkah with Schach (5'x7')

### 8ft Royal Sukkah with Schach (5'x7')

$619.00

8ft Royal Sukkah without Schach (12'x20')

https://sukkahcompany.com/collections/royal-sukkahs   Go

1 capture
1 Oct 2020

SEP | OCT 01 | NOV
2019 | 2020 | 2021

About this capture

### 8ft Royal Sukkah without Schach (12'x20')

$1,349.00



### 8ft Royal Sukkah without Schach (10'x20')

$1,249.00

← Page 1 of 4 →

Call Us at (718) 436-1532    Email Us at sales@sukkahcompany.com

https://sukkahcompany.com/collections/royal-sukkahs
Go
1 capture
1 Oct 2020
SEP OCT 01 NOV
2019 2020 2021
About this capture

 

© 2020, The Sukkah Company       Powered by Shopify



https://sukkahcompany.com/collections/classic-sukkahs?page=2   Go   AUG OCT NOV   20   2019 2020 2021
2 captures
6 Aug 2020 - 20 Oct 2020
About this capture

Use Codes NewSchach and NewSukkah for big savings!



Home   Products
Rental   Locations
Contact   FAQ
Log in

# Classic Sukkahs

Filter             14 products              Sort



https://sukkahcompany.com/collections/classic-sukkahs?page=2    Go    AUG OCT NOV
2 captures                                                           20
6 Aug 2020 - 20 Oct 2020                                      2019 2020 2021    ▼ About this capture



### 7½ft Classic All White Sukkah without Schach (6'x8')

$449.00







### 7½ft Classic All White Sukkah without Schach (4'x6')

$349.00







### 7½ft Classic All White Sukkah without Schach (4'x4')

$249.00







### 7½ft Classic All White Sukkah with Schach (10'x12')

$899.00





### 7½ft Classic All White Sukkah with Schach (6'x8')
$499.00





### 7½ft Classic All White Sukkah with Schach (4'x6')

$399.00

← Page 2 of 2 →

Call Us at (718) 436-1532      Email Us at sales@sukkahcompany.com

Privacy Policy     Refund Policy     Terms of Service

© 2020, The Sukkah Company     Powered by Shopify