## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, a true and correct copy of the foregoing First Amended Complaint and Exhibits A-C were electronically filed with the Court and served on all counsel of record via CM/ECF.

/s/ Brett Evan Lewis
Brett Evan Lewis, Esq.

**Lewis & Lin LLC**
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com