# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIR WEISS,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>THE SUKKAH COMPANY, LLC and MICHA KAPLAN,<br><br>　　　　　　　　*Defendants*. | Case No. 1:20-cv-04678-FB-RLM<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER** |

**IT IS HEREBY STIPULATED** and agreed by the parties indicated below that the time of Plaintiff NIR WEISS to answer or otherwise respond to the Defendants' THE SUKKAH COMPANY, LLC and MICHA KAPLAN Counterclaims herein is extended to and including March 9, 2021.

Dated: January 27, 2021

| **LEWIS & LIN, LLC** | **THE MANEVITZ LAW FIRM** |
|---|---|
| By: *Lauren Valli*<br>　　　Lauren Valli | By: p.p. *Lauren Valli*<br>　　　Ben D. Manevitz |
| 81 Prospect Street, Suite 8001<br>Brooklyn, NY 11201<br>Tel: (718) 243-9323<br>Email: Lauren@iLawco.com | 25 Main Street, Suite 104<br>Hackensack, NJ 07601-7032<br>Tel: (973) 594-6529<br>Email: ben@manevitzlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**SO ORDERED:**

_____
ROANNE L. MANN, U.S.M.J.