UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------

Nir Weiss,

     Plaintiff,           NOTICE

 -vs-               CV-20-4678(FB)(RLM)

The Sukkah Company, et al.,

     Defendants.

---------------------------------------------------

   A telephone pre-motion conference in the captioned case is scheduled for <u>April 8, 2021 at 3:00 PM</u> before Judge Frederic Block. Upon receipt of this notice, counsel should consult and confirm with one another of the date and time of this telephone pre-motion conference.

   **The Court expects the parties to be conversant with the underlying facts and prepared to discuss the legal issues arising therefrom. The parties are reminded that they are obligated to discuss the prospect of settlement and may be required to provide the Court with a report of such discussions.** All parties are directed to call 877-336-1839 then enter access code 7543641 at the time of the telephone pre-motion conference.

   Counsel are instructed to review Judge Block's individual practices located on the Courts website at www.nyed.uscourts.gov.

DATED: Brooklyn, New York
   March 15, 2021

                <u>/S/ Michael J. Innelli</u>
                Michael Innelli
                Case Manager
                (718) 613-2425