**ROANNE L. MANN**  **DATE:** March 18, 2021
**UNITED STATES MAGISTRATE JUDGE**  **START:** 10:35 a.m.
　　　　　　　　　　　　　　　　　　　　**END:** 11:05 a.m.

**DOCKET NO:** 20-cv-4678-FB-RLM

**CASE:** Weiss v. The Sukkah Company, LLC et al

| X | INITIAL CONFERENCE | ☐ | OTHER/ORDER TO SHOW CAUSE |
|---|---|---|---|
| ☐ | DISCOVERY CONFERENCE | ☐ | FINAL/PRETRIAL CONFERENCE |
| ☐ | SETTLEMENT CONFERENCE | X | TELEPHONE CONFERENCE |
| ☐ | MOTION HEARING | ☐ | INFANT COMPROMISE HEARING |

**PLAINTIFF**　　　　　　　　　　　　　　　　**ATTORNEY**

| | Lauren Valli |
|---|---|

**DEFENDANTS**　　　　　　　　　　　　　　**ATTORNEY**

| | Ben D. Manevitz |
|---|---|

☐　**FACT DISCOVERY TO BE COMPLETED BY** September 30, 2021
☐　**SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐　**JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐　**PL. TO SERVE DEF. BY:**_____　**DEF. TO SERVE PL. BY:**_____

**RULINGS:**　**PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference. By April 30, 2021, the parties must file a joint letter-motion requesting a settlement conference or a referral to court-annexed mediation. Fact discovery must be completed by September 30, 2021. Expert disclosures are due by November 15, 2021; rebuttal expert disclosures must be served by December 10, 2021; expert depositions to be completed by January 10, 2022. Requests for a premotion conference must be filed by January 25, 2022.