# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

———

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Brett@iLawco.com

April 26, 2021

**<u>VIA ECF</u>**
Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Weiss vs. The Sukkah Company, LLC et al.*
Civil Case No. 1:20-cv-04678-FB-RLM

Dear Judge Block:

We represent the plaintiff in the above-referenced action. We write with the consent of the defendants pursuant to Your Honor's Minute Entry dated April 8, 2021. The parties have agreed to the following briefing schedule for the plaintiff's partial motion to dismiss defendant's First Amended Answer and Counterclaims (ECF Doc. No. 30) pursuant to Fed. R. Civ. P. 12(b)(6).

<u>Deadline for Moving Papers</u>:    May 10, 2021
<u>Deadline for Opposition Papers</u>:    May 26, 2021
<u>Deadline for Reply Papers</u>:    June 3, 2021

We thank the Court for its attention to this matter.

Respectfully submitted:

LEWIS & LIN LLC

LEWIS & LIN LLC

_/s/ Brett E. Lewis_____
Brett E. Lewis

cc: Counsel of Record (via ECF)

LEWIS & LIN LLC

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, a true and correct copy of the foregoing document was electronically filed with the Court and served on all counsel of record via CM/ECF.

*/s/ Brett Evan Lewis*
Brett Evan Lewis, Esq.
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email:brett@iLawco.com