# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Brett@iLawco.com

April 30, 2021

**VIA ECF**
Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Weiss vs. The Sukkah Company, LLC et al.*
Civil Case No. 1:20-cv-04678-FB-RLM

Dear Judge Mann:

      We represent the plaintiff in the above-referenced action. We write with the consent of the defendants pursuant to Your Honor's Minute Entry dated March 18, 2021 to inform Your Honor of the parties' request to have a settlement conference rather than a court-annexed mediation. The parties respectfully request that any settlement conference not be scheduled until at least July 2021, after the parties have been able to engage in fact discovery, which ends on September 30, 2021.

      We thank the Court for its attention to this matter.

Respectfully submitted:

LEWIS & LIN LLC

 /s/ Brett E. Lewis
Brett E. Lewis

Lewis & Lin LLC

cc: Counsel of Record (via ECF)

LEWIS & LIN LLC

CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2021, a true and correct copy of the foregoing document was electronically filed with the Court and served on all counsel of record via CM/ECF.

*/s/ Brett E. Lewis*
Brett E. Lewis, Esq.
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email:brett@iLawco.com