# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Brett@iLawco.com

May 4, 2021

**VIA ECF**
Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Weiss vs. The Sukkah Company, LLC et al.*
Civil Case No. 1:20-cv-04678-FB-RLM

Dear Judge Block:

We represent the plaintiff in the above-referenced action. We write with the consent of the defendants. In order to facilitate the exchange of documents during discovery, the parties respectfully request that Your Honor So Order the enclosed Discovery Confidentiality Order and FRE 502(d) Stipulation. The parties' consent to the form of the documents.

We thank the Court for its attention to this matter.

Respectfully submitted:

LEWIS & LIN LLC

 /s/ Brett E. Lewis
Brett E. Lewis

Enclosures

LEWIS & LIN LLC

cc: Counsel of Record (via ECF)

2

LEWIS & LIN LLC

CERTIFICATE OF SERVICE

  I hereby certify that on May 4, 2021, a true and correct copy of the foregoing document was electronically filed with the Court and served on all counsel of record via CM/ECF.

                */s/ Brett E. Lewis*
                Brett E. Lewis, Esq.
                Lewis & Lin LLC
                77 Sands Street, 6th Floor
                Brooklyn, NY 11201
                Tel: (718) 243-9323
                Fax: (718) 243-9326
                Email: brett@iLawco.com