# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Brett@iLawco.com

June 28, 2021

**VIA ECF**
Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Weiss vs. The Sukkah Company, LLC et al.*
Civil Case No. 1:20-cv-04678-FB-RLM

Dear Judge Mann:

      We represent the plaintiff, Mr. Nir Weiss, in the above-referenced action. A settlement conference with Your Honor is scheduled for July 15, 2021 per Your Honor's April 30, 2021 order. Your Honor has not yet provided further instructions regarding the conference being held in person or by remote means.

      We prudently write to respectfully request Mr. Weiss be permitted to attend the settlement conference by telephone or videoconference if the settlement conference is held in person. Mr. Weiss resides in Israel, making it difficult for him to appear in person.

      We have conferred with counsel for the defendants on the matter and they consent to this request.

      We thank the Court for its attention to this matter.

Respectfully submitted:

LEWIS & LIN LLC

 /s/ Brett E. Lewis
Brett E. Lewis

cc: Counsel of Record (via ECF)

LEWIS & LIN LLC

CERTIFICATE OF SERVICE

   I hereby certify that on June 28, 2021, a true and correct copy of the foregoing document was electronically filed with the Court and served on all counsel of record via CM/ECF.

                   */s/ Brett E. Lewis*
                   Brett E. Lewis, Esq.
                   Lewis & Lin LLC
                   77 Sands Street, 6th Floor
                   Brooklyn, NY 11201
                   Tel: (718) 243-9323
                   Fax: (718) 243-9326
                   Email:brett@iLawco.com