**ROANNE L. MANN**                   DATE: July 15, 2021
**UNITED STATES MAGISTRATE JUDGE**    START: 2:00 p.m.
                                                       END:   4:30 p.m.

**DOCKET NO:** 20-cv-4678 (FB)

**CASE** Weiss v. The Sukkah Company, LLC et al.

☐ INITIAL CONFERENCE           ☐ OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE      ☐ FINAL/PRETRIAL CONFERENCE
X SETTLEMENT CONFERENCE     X TELEPHONE CONFERENCE
☐ MOTION HEARING                ☐ INFANT COMPROMISE HEARING

**PLAINTIFFS**

|  | ATTORNEY |
|---|---|
|  | Lauren Valli, Brett Lewis, plaintiff also present |

**DEFENDANTS**

|  | ATTORNEY |
|---|---|
|  | Ben D. Manevitz, Lewis Kaplan also present |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____    **DEF. TO SERVE PL. BY:** _____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Settlement discussions held. Each party is directed to respond to the Court's settlement recommendation, via email, by 5:00 p.m. on Monday, July 19, 2021.